**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIEL ROTGER, ON HIS OWN**
**BEHALF AND OTHERS SIMILARLY**
**SITUATED,**

          **Plaintiffs,**

**-vs-**                                   **Case No. 6:11-cv-754-Orl-28DAB**

**HOT DOG HEAVEN OF ORLANDO, INC.,**
**MICHAEL FELD,**

          **Defendants.**

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 17) filed September 20, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed September 23, 2011 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion to Approve Settlement (Doc. No. 17) is **GRANTED**.

3.    The settlement is approved to the extent it resolves the Fair Labor Standard Act claim.

    4.    This case is dismissed with prejudice.

    5.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17th__ day of October, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge